David A. Super (admitted *pro hac vice*)
david.super@bakerbotts.com
Richard P. Sobiecki (admitted *pro hac vice*)
rich.sobiecki@bakerbotts.com
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 639-7906
Fax: (202) 639-1168

Stephanie Krafchak (SBN 113865)
skrafchak@mac.com
2029 Century Park East, Suite 900
Los Angeles, California 90067
Tel.: (310) 772-0034
Fax: (310) 772-0121
*Attorneys for FDIC-Receiver*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| ROBERT POTTER, *et al.*,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>JPMORGAN CHASE BANK, N.A., *et al.*,<br><br>　　　　　Defendants. | Case No. 2:13-cv-00863-CAS-AGR<br><br>**NOTICE OF MOTION AND MOTION OF FDIC-RECEIVER TO DISMISS THE FOURTH AMENDED COMPLAINT**<br><br>Hearing: March 25, 2013, 10:00 a.m.<br><br>Courtroom: 5 - 2nd Floor<br><br>Judge: The Honorable Christina A. Snyder |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to the Local Rules of this Court, Defendant Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank ("FDIC-Receiver"), hereby notices its Motion to Dismiss the Fourth Amended Complaint for hearing before the Honorable Christina A. Snyder on Monday, March 25, 2013, at 10:00 a.m. in Courtroom 5 - 2nd Floor. Pursuant to Federal Rules of Civil Procedures 12(b)(1) and 12(b)(6), the motion seeks dismissal of Plaintiffs' claims for lack of subject matter jurisdiction and for failure to state a claim for relief. This Motion is based on the Notice of Motion and Motion, the concurrently-filed Memorandum of Law, and such other materials or arguments as the Court, in its discretion, may consider.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on February 13, 2013. Plaintiffs oppose the motion.

DATED: February 21, 2013

|  |  |
|---|---|
|  | Respectfully submitted, |
|  |  |
|  | Respectfully submitted, |
|  | /s/ Richard P. Sobiecki |
| Stephanie Krafchak (SBN 113865) | David A. Super (admitted *pro hac vice*) |
| 2029 Century Park East, Suite 900 | Richard P. Sobiecki (admitted *pro hac vice*) |
| Los Angeles, California 90067 | BAKER BOTTS L.L.P. |
| Tel.: (310) 772-0034 | 1299 Pennsylvania Avenue, NW |
| Fax: (310) 772-0121 | Washington, DC 20004 |
| skrafchak@mac.com | Tel: (202) 639-7906 |
|  | Fax: (202) 639-1168 |
|  | rich.sobiecki@bakerbotts.com |

NOTICE OF MOTION AND MOTION OF FDIC-RECEIVER TO DISMISS THE FOURTH AMENDED COMPLAINT

Of Counsel:

B. Amon James
Acting Senior Counsel
Susan Kantor Bank
Counsel
Federal Deposit Insurance
Corporation
Legal Division
3501 Fairfax Drive
Arlington, Virginia 22226
(703) 562-2389

*Attorneys for Defendant Federal Deposit Insurance Corporation, as Receiver for Washington Mutual Bank*

NOTICE OF MOTION AND MOTION OF FDIC-RECEIVER TO DISMISS THE FOURTH AMENDED COMPLAINT

# PROOF OF SERVICE

DISTRICT OF COLUMBIA )
) ss
WASHINGTON )

I am employed in Washington, DC, over the age of eighteen years, and not a party to the within action. My business address is: Baker Botts, LLP, The Warner, 1299 Pennsylvania Ave., NW, Washington, DC, 20004.

On February 21, 2013, I served the foregoing document described as: NOTICE OF MOTION AND MOTION OF FDIC-RECEIVER TO DISMISS THE FOURTH AMENDED COMPLAINT on the following interested parties in this action as follows:

SEE ATTACHED SERVICE LIST

| | |
|---|---|
| ☒ | **(VIA ELECTRONIC CASE FILING)** I filed electronically the documents listed above, using the United States District Court Central District of California's electronic case filing service, on February 21, 2013. Counsel of record are registered to file electronically with this Court, and receive copies of the documents via e-mail from the Court to confirm filing. |
| ☐ | **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Washington, DC that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below. |
| ☐ | **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile. |
| ☐ | **(VIA EMAIL)** Based on a court order or an agreement of the parties to accept service by e-mail, I caused the documents to be sent to the persons at the e-mail addresses listed in the attached Service List. |

I declare that I am admitted to practice pro hac vice in the above-reference matter.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 21, 2013, in Washington, DC.

| Richard P. Sobiecki | */s/ Richard P. Sobiecki* |
|---|---|
| [Type or Print Name] | [Signature] |

4

SERVICE LIST
*Robert Potter, et al. v. JPMorgan Chase Bank, NA, et al.*
Case No. 2:13-cv-00863-CAS-AGR

Via ECF Notification:

Deron Colby
Brookstone Law PC
4000 MacArthur Blvd Suite 1110
Newport Beach, CA 92660
800-946-8655
Fax: 866-257-6172
Email: dcolby@brookstonelaw.com
*Attorney for Plaintiffs*

Christopher Dale Beatty
Irell and Manella LLP
840 Newport Center Drive Suite 400
Newport Beach, CA 92660-6324
949-760-0991
Fax: 949-760-5200
Email: cbeatty@irell.com
*Attorney for Eappraiseit LLC, First American Corporation, California Reconveyance Company*

Douglas Robert Luther
Sheppard Mullin Richter & Hampton LLP
650 Town Center Drive 4th Floor
Costa Mesa, CA 92626
714-424-8222
Fax: 714-428-5936
Email: dluther@sheppardmullin.com
*Attorney for JPMorgan Chase Bank NA, Chase Home Finance LLC, Long Beach Mortgage Company, EMC Mortgage Corporation, Bear Stearns Companies LLC*